## NEW YOU WEIGHT MANAGEMENT CENTER, Appellant

v.

### Cynthia P. JONES, Appellee.

No. 05–05–00039–CV.

Court of Appeals of Texas,
Dallas.

Dec. 15, 2005.

Geoffrey S. Harper, Fish & Richardson P.C., Dallas, for Appellant.

Nicholas Alban O'Kelly, Plano, for Appellee.

Before Justices MOSELEY, BRIDGES, and O'NEILL.

### OPINION

Opinion by Justice O'NEILL.

On December 5, 2005, appellant filed a motion to dismiss this appeal. We **GRANT** appellant's motion and **DISMISS** this appeal. *See* Tex.R.App. P. 42.1(a)(1).